**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Robert E. Blackburn, Judge**

Civil Action No. 05-cv-02449-REB-CBS

JESSE BROWN, JR., et al.,

    Plaintiff,

v.

JOHN MITCHELL,

    Defendant.

---

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

**Blackburn, J.**

Pursuant to D.C.COLO.LCivR 72.2 on the16th day of February, 2006, Magistrate Judge Craig B. Shaffer notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge purusant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Shaffer; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated: February 17, 2006

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**

## NOTICE OF REASSIGNMENT

Pursuant to the above Order, this civil action is reassigned to United States Magistrate Judge

_____

                                                Gregory C. Langham, Clerk
                                                By_____
                                                          Deputy Clerk