IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 05-cv-02376-CBS-PAC

MARK A. MEYER, and
DEBBIE MEYER,
    Plaintiffs,
v.

JOHN MITCHELL, and
GARTH MCWILLIAMS,
    Defendants.
_____

ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED
MOTION TO CONSOLIDATE PURSUANT TO D.C. COLO LCivR 42.1
_____

This civil action comes before the court on "Defendants' Second Unopposed Motion to Consolidate Pursuant to D.C. COLO. LCivR 42.1" (filed February 16, 2006) (doc. # 16). Pursuant to the Order of Reference dated January 17, 2006 (doc. # 10), this civil action was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.

D.C. COLO. LCivR 42.1 provides that a "motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial." On February 17, 2006, the parties in Civil Action No. 05-cv-02449-MJW-CBS, *Brown et al. v. Mitchell*, consented to the jurisdiction of a Magistrate Judge to conduct all dispositive matters including trial and entry of a final judgment. Accordingly, IT IS ORDERED that:

1

1.  Defendants' Second Unopposed Motion to Consolidate Pursuant to D.C. Colo. LCivR 42.1 (filed February 16, 2006) (doc. # 16) is GRANTED. Civil Action No. 05-cv-02449-MJW-CBS, *Brown et al. v. Mitchell*, is hereby consolidated with Civil Action No. 05-cv-02376-CBS-PAC, *Meyer v. Mitchell et al.*

2.  The December 6, 2005 Order of Reference to United States Magistrate Judge in Civil Action No. 05-cv-02449 (doc. # 4) is hereby VACATED. This consolidated matter is now referred to United States Magistrate Judge Patricia A. Coan *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

3.  All future filings in this consolidated case shall be filed under the following caption:

**Civil Action No. 05-cv-02376-CBS-PAC (consolidated with 05-cv-02449-CBS-PAC)**

**MARK A. MEYER, and**
**DEBBIE MEYER,**
         **Plaintiffs,**
**v.**

**JOHN MITCHELL, and**
**GARTH MCWILLIAMS,**
         **Defendants.**
_____

**JESSE BROWN, JR.,**
**TERRI BROWN,**
**JASON LAX, and**
**RENEE LAX,**
         **Plaintiffs,**
**v.**

**JOHN MITCHELL,**
         **Defendant.**

4. A Status Conference in this consolidated case shall be held by Magistrate Judge Shaffer on **Thursday, April 27, 2006 at 9:15 a.m.** Parties and counsel are advised that a Final Pretrial Conference and a trial date may be scheduled.

DATED at Denver, Colorado, this 22nd day of February, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge